IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        4:03CR3072
                              )
       v.                     )
                              )
JOSE ROBERT MORENO,           )        ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss indictment (Filing No. 163). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment is dismissed without prejudice as to defendant Jose Robert Moreno only.

DATED this 14th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court